UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**USA, for the use and benefit of
PROVIDENCE PAINTING, INC.,**

    **Plaintiff,**

v.                                                  **Case No. 3:14-cv-300-HES-JRK**

**SAUER INCORPORATED and FEDERAL
INSURANCE COMPANY,**

    **Defendants.**
_____/

## ORDER

This cause is before the Court on the Magistrate Judge's "Report and Recommendation" (Doc. 30, filed Nov. 18, 2015). Plaintiff's counsel was allowed to withdraw from representation on July 20, 2015. (Doc. 28). In the order, the Magistrate Judge noted that Plaintiff, as a corporation, may only appear in this action through counsel and may not proceed *pro se*. M.D. Fla. Local Rule 2.03(e), *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Plaintiff was directed to obtain new counsel and file a notice of appearance by August 10, 2015. Plaintiff failed to do so, and further failed to respond to the Magistrate Judge's October 26, 2015 Order to Show Cause (Doc. 29) by November 9, 2015, showing cause why the case should not be dismissed for failure to obtain counsel. Accordingly, the Magistrate Judge recommended that the case be dismissed without prejudice for failure to obtain counsel and prosecute this matter. After an independent review of the record and upon consideration of the Report and Recommendation, it is hereby **ORDERED**:

1. The Magistrate Judge's "Report and Recommendation" (Doc. 30, filed Nov. 18, 2015) is **ADOPTED IN FULL**;

2. This case is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk is directed to **TERMINATE** all pending motions and to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___6th___ day of January, 2016.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:

Providence Painting, Inc.
    Attention: Gerald Kressner
    428 Blairhill Road
    Charlotte, NC 28217

Joseph Randall Young, Esq.
Ronald G. Robey, Esq.